UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

 United States of America

                v.                                  Civil No. 09-cv-433-JL

Peter Drew
Carrie J. Drew
James L. Drew
TD Bank, N.A.

ENTRY OF DEFAULT AS TO
 James L. Drew


The above-named party having failed to respond within the time and in the manner provided

by Fed. R. Civ. P. 12, default is herewith entered as to those parties in accordance with Local Rule

55.1.

A damages hearing will be scheduled upon adjudication of all the remaining claims or

parties.


                                    By the Court,


 April 30, 2010                      ***/s/James R. Starr***
                                    James R. Starr
                                    Clerk


cc:    Nathan L. Strup, Esq,
        David F. Conley, Esq.
        Laurie S. Perreault, Esq.
        James L. Drew